**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Andrew Racz Jr. <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 18-11393 elf |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

    Respectfully submitted,

**/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734