# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-11393-ELF

ANDREW  RACZ

1379 OXFORD VALLEY ROAD

MORRISVILLE, PA 19067

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ANDREW  RACZ

    1379 OXFORD VALLEY ROAD

    MORRISVILLE, PA 19067

Counsel for debtor(s), by electronic notice only.

    MICHAEL P. KELLY
    402 MIDDLETOWN RD., SUITE 202
    202 PENN SQUARE
    LANGHORNE, PA 19047-

                                              /S/ William C. Miller

Date: 9/6/2018                            _____

                                              William C. Miller, Esquire
                                              Chapter 13 Standing Trustee