**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

RE:                                              :   BKY. NO. 18-11393
ANDREW RACZ                                      :
                                                 :   CHAPTER 13


CERTIFICATION OF SERVICE

I, Michael P. Kelly, Esquire, hereby certify that I served a copy of the Notice of

Application for Compensation and/or Reimbursement of Expenses upon the debtor(s), the

Chapter 13 Trustee, and the United States Trustee and I served all creditors, and all parties

in interest with the Notice of Application for Compensation on the 1st day of October 2018,

by electronic mail and/or first class mail, postage prepaid.


October 1, 2018                            /s/ Michael P. Kelly
                                           Michael P. Kelly, Esquire
                                           Attorney for Debtor(s)
                                           Suite 202 - Penn's Square
                                           402 Middletown Blvd.
                                           Langhorne, PA    19047
                                           (215) 741-1100
                                           fax (215) 741-4029
                                           email:   mpk@cowanandkelly.com

## Service List

Andrew Racz – by CM/ECF
1379 Oxford Valley Road
Yardley, PA 19067

U.S. Trustee's Office - by CM/ECF
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

William C. Miller - by CM/ECF
P.O. Box 1229
Philadelphia, PA 19105

U.S. Bank National Association - by CM/ECF
c/o Jill Manuel-Coughlin, Esquire
Powers, Kirn & Associates, LLC
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053

Discover Bank – by regular mail
Discover Products, Inc.
P.O. Box 3025
New Albany, OH 43054-3025

Wells Fargo Bank, N.A. – by regular mail
1000 Blue Gentian Road Mac N 9286-01Y
Eagan, MN 55121-7700

American Express Bank, FSB – by regular mail
c/o Becket and Lee, LLP
P.O. Box 3001
Malvern, PA 19355-0701

Toyota Motor Credit Corp. – by regular mail
P.O. Box 9013
Addison, TX 75001

Pennsylvania Department of Revenue – by regular mail
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 19128-0946

Portfolio Recovery Associates, LLC – by regular mail
P.O. Box 41067
Norfolk, VA 23541

TD Bank, NA – by regular mail
Payment Processing
P.O. Box 16029
Lewiston, ME 04243

Credit First NA – by regular mail
P.O. Box 818011
Cleveland, OH 44181-8011

Synchrony Bank - by CM/ECF
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541

Amex – by regular mail
P.O. Box 981540
El Paso, TX 79998-1540

Apothaker Scian – by regular mail
P.O. Box 5496
Mount Laurel, NJ 08054-5496

Bank of America – by regular mail
Nc4-105-03-14
Greensboro, NC 27420-6012

Barclays – by regular mail
125 S. West Street
Wilmington, DE 19801-5014

Barclays Bank Delaware – by regular mail
100 S. West Street
Wilmington, DE 18901-5015

Cks Financial – by regular mail
505 Independence Pkwy. St.
Chesapeake, VA 23320-5178

Credit First NA – by regular mail
P.O. Box 818011
Cleveland, OH 44181-8011

Credit First National Assoc. – by regular mail
Attn:   Bk Credit Operations
P.O. Box 81315
Cleveland, OH 44181-0315

Wells Fargo Bank – by regular mail
P.O. Box 10438
Macf8235-02f
Des Moines, IA 50306

Capital One – by regular mail
c/o Hyat, Hyat & Landau
Two Industrial Way West
Eatontown, NJ 07724

Cavalry Portfolio Services – by regular mail
Attn:   Bankruptcy Department
500 Summit Lake, Suite 400
Valhalla, NY 10595

Discover Bank – by regular mail
c/o Weltman, Weinberg
325 Chestnut Street
Philadelphia, PA 19106

Discover Bank– by regular mail
Discover Products, Inc.
P.O. Box 3025
New Albany, OH 43054-3025

Frederick Weinberg, Esquire – by regular mail
375 E. Elm Street, Suite 210
Conshohocken, PA 19428-1973

Kami S. Miller, Esquire – by regular mail
1835 Market Street, Suite 501
Philadelphia, PA 19103-2933

Syncb/hdhvac – by regular mail
Attn:   Bankruptcy
P.O. Box 965060
Orlando, FL 32896-5060

Traf Group, Inc./A-1 Collections – by regular mail
2297 St. Hwy. 33, Suite 906
Hamilton Square, NJ 08690-1717