United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-11393-elf
Andrew Racz                                                           Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP            Page 1 of 2            Date Rcvd: Oct 03, 2018
                            Form ID: pdf900        Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2018.
```
db              +Andrew Racz, Jr.,    1379 Oxford Valley Road,    Morrisville, PA 19067-4413
14078207         American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14065905        +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
14065906        +Apothaker Scian,    PO Box 5496,    Mount Laurel, NJ 08054-5496
14065908        +Barclays,    125 S West Street,    Wilmington, DE 19801-5014
14065909        +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
14065911         Cavalry SPV I LLC,    500 Summit Lake Drive,    Ste 400,    Mount Laurel, NJ 08054
14114996         Credit First NA,    PO Box 818011,    Cleveland, OH 44181-8011
14065913        +Credit First National Assoc,    Attn: BK Credit Operations,    Po Box 81315,
                 Cleveland, OH 44181-0315
14065916        +Frederick Weinberg Esq,    375 E Elm Street,    Ste 210,    Conshohocken, PA 19428-1973
14065917        +Kami S Miller Esq,    1835 Market Street,    Ste 501,    Philadelphia, PA 19103-2933
14097363        +TD Bank, N.A.,    Payment Processing, PO Box 16029,    Lewiston, ME 04243-9507
14065920       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor credit Corp,    Po Box 8026,    Cedar Rapids, IA 52408)
14079925        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14065921        +Traf Group Inc/A-1 Collections,    2297 St Hwy 33,    Ste 906,    Hamilton Square, NJ 08690-1717
14065922        +Wells Fargo Bank,    Po Box 10438,    Macf8235-02f,    Des Moines, IA 50306-0438
14078007         Wells Fargo Bank N.A.,    1000 Blue Gentian Road Mac N 9286-01Y,    Eagan MN 55121-7700
14088581         Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
                 Eagan MN 55121-7700
14065923         Wells Fargo Home Mor,    Written Correspondence Resolutions,    Mac#2302-04e,
                 DesMoines, IA 50306
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Oct 04 2018 02:19:53     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 04 2018 02:19:43     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2018 02:30:19      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14065910        +E-mail/Text: bankruptcy@cavps.com Oct 04 2018 02:19:41     Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,   Valhalla, NY 10595-2322
14088680        +E-mail/Text: bankruptcy@cavps.com Oct 04 2018 02:19:42     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14065912        +E-mail/Text: jsanders@cksfin.com Oct 04 2018 02:19:27     Cks Financial,
                 505 Independence Pkwy St,   Chesapeake, VA 23320-5178
14065914        +E-mail/Text: BKRMailOps@weltman.com Oct 04 2018 02:19:40     Discover Bank,
                 C/O Weltman, Weinberg,   325 Chestnut Street,   Philadelphia, PA 19106-2614
14077363         E-mail/Text: mrdiscen@discover.com Oct 04 2018 02:19:20     Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
14065915        +E-mail/Text: mrdiscen@discover.com Oct 04 2018 02:19:20     Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
14092419         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 04 2018 02:29:29
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
14067741        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 04 2018 02:29:53
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14082590         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 04 2018 02:19:37
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14065918        +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2018 02:29:30      Syncb/hdhvac,   Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
14065919         E-mail/Text: bankruptcy@td.com Oct 04 2018 02:19:40     Td Banknorth,   Attn: Bankruptcy,
                 Po Box 1190,   Lewston, ME 04243
                                                                                               TOTAL: 14
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
14065907       ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2           User: PaulP                  Page 2 of 2                   Date Rcvd: Oct 03, 2018
                               Form ID: pdf900              Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2018 at the address(es) listed below:
              Amanda L. Rauer    on behalf of Creditor   U.S. Bank, National Association, et al...
               Amanda.rauer@pkallc.com,
                chris.amann@pkallc.com;nick.bracey@pkallc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.r
               aynor-paul@pkallc.com;harry.reese@pkallc.com
              HARRY B. REESE    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION ET AL.
               harry.reese@pkallc.com,
                chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.r
               aynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JILL   MANUEL-COUGHLIN    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION ET AL.
               jill@pkallc.com,
                chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              KEVIN G. MCDONALD    on behalf of Creditor   Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              MICHAEL P. KELLY    on behalf of Plaintiff Andrew  Racz mpkpc@aol.com,    r47593@notify.bestcase.com
              MICHAEL P. KELLY    on behalf of Debtor Andrew  Racz, Jr. mpkpc@aol.com,
               r47593@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    ANDREW RACZ, | : | |
|          Debtor(s) | : | Bky. No.  18-11393 ELF |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

     **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date:  October 3, 2018**

                                                      **ERIC L. FRANK**
                                                      **U.S. BANKRUPTCY JUDGE**