IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Andrew Racz                            : **CHAPTER 13**

                                              :18-11393

## CERTIFICATION OF SERVICE AND OF NO RESPONSE

I, Michael P. Kelly, Esquire, hereby certify that no answer, objection or other responsive pleading was

received in response to my Notice and Application for Compensation.

BY: /s/ Michael P. Kelly
       MICHAEL P. KELLY, ESQ.
       202 PENNS SQUARE
       LANGHORNE, PA. 19047