# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE:                                          :   BKY. NO. 18-11393
ANDREW RACZ                      :
                                                    :   CHAPTER 13

## CERTIFICATION OF NO RESPONSE

I, Michael P. Kelly, Esquire, attorney for Debtor(s), do hereby certify that no answer, objection, request for hearing or other response was received to the Order Dismissing Chapter 13 and Setting Deadline for Applications for Allowance of Administrative Expenses dated October 3, 2018 within the time allowed by law.

DATED: October 24, 2018                          /s/ Michael P. Kelly
                                                           Michael P. Kelly, Esquire
                                                           Suite 202 - Penn's Square
                                                           402 Middletown Blvd.
                                                           Langhorne, PA    19047
                                                           (215) 741-1100
                                                           Fax (215) 741-4029
                                                           Email:  mpk@cowanandkelly.com